William ROACH, Plaintiff-Appellant,

v.

**SEARS, ROEBUCK AND COMPANY, Defendant-Respondent.**

No. 47765.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 1984.

Morris B. Kessler, St. Louis, for plaintiff-appellant.

Joel D. Monson, St. Louis, for defendant-respondent.

ORDER

PER CURIAM.

The trial court entered judgment affirming the final award of the Labor and Indus-

trial Commission. We find that the Commission's decision is supported by substantial and competent evidence and is not against the overwhelming weight of the evidence. The judgment is affirmed pursuant to Rule 84.16(b).